1

2

3

4

5

6                          **UNITED STATES DISTRICT COURT**

7                        **NORTHERN DISTRICT OF CALIFORNIA**

8                             **SAN FRANCISCO DIVISION**

9

10    ROBERTO RODRIGUEZ,                      | Case No. 12-cv-00353 NC

11                          Plaintiff,        | **ORDER DENYING MOTION TO
                                              | SHORTEN TIME**
12          v.
                                              | Re: Dkt. No. 15
13    PACIFIC STEEL CASTING COMPANY,

14                          Defendant.

15

16

17          Defendant Pacific Steel moves to stay this action pending the resolution of *Brinker*

18    *Restaurant Corp. v. Superior Court*, 165 Cal. App. 4th 25 (2008), *pet. for review granted*, 85

19    Cal. Rptr. 3d 688, Case No. S166350.  Dkt. No. 12.  Pacific Steel requests that the Court shorten

20    the time to hear the motion to stay such that the hearing on the motion is held no later than

21    February 22, 2012.  Dkt. No. 15.  Pacific Steel's request to shorten time is DENIED.  The

22    hearing on the motion to stay, which currently is scheduled for February 22, 2012, is

23    VACATED.  Rodriguez may file an opposition to Pacific Steel's motion to stay by February 24,

24    2012, and Pacific Steel may file a reply by March 2, 2012.  After briefing is completed, the

25    Court may schedule a hearing on the motion to stay if such a hearing is necessary.  *See* Civil

26    L.R. 7-1(b).

27          Additionally, the hearing on Rodriguez's motion to remand, which currently is

28    scheduled for March 14, 2012, is VACATED.  The briefing schedule with respect to this motion

Case No. 12-cv-00353 NC
ORDER DENYING MOTION
TO SHORTEN TIME

1  remains unchanged.  After briefing is completed on February 21, 2012, the Court may schedule

2  a hearing on the motion if such a hearing is necessary.  *See* Civil L.R. 7-1(b).

3  　　　　IT IS SO ORDERED.

4

5  DATED:   February 10, 2012

6  　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
   　　　　　　　　　　　　　　　　　United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 12-cv-00353 NC
ORDER DENYING MOTION
TO SHORTEN TIME　　　　　　　　　　　2