UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERTO RODRIGUEZ,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PACIFIC STEEL CASTING COMPANY,<br><br>　　　　　　Defendant. | Case No. 12-cv-00353 NC<br><br>**ORDER DENYING MOTION TO SHORTEN TIME**<br><br>Re: Dkt. No. 15 |

　　　Defendant Pacific Steel moves to stay this action pending the resolution of *Brinker Restaurant Corp. v. Superior Court*, 165 Cal. App. 4th 25 (2008), *pet. for review granted*, 85 Cal. Rptr. 3d 688, Case No. S166350. Dkt. No. 12. Pacific Steel requests that the Court shorten the time to hear the motion to stay such that the hearing on the motion is held no later than February 22, 2012. Dkt. No. 15. Pacific Steel's request to shorten time is DENIED. The hearing on the motion to stay, which currently is scheduled for February 22, 2012, is VACATED. Rodriguez may file an opposition to Pacific Steel's motion to stay by February 24, 2012, and Pacific Steel may file a reply by March 2, 2012. After briefing is completed, the Court may schedule a hearing on the motion to stay if such a hearing is necessary. *See* Civil L.R. 7-1(b).

　　　Additionally, the hearing on Rodriguez's motion to remand, which currently is scheduled for March 14, 2012, is VACATED. The briefing schedule with respect to this motion

remains unchanged.  After briefing is completed on February 21, 2012, the Court may schedule a hearing on the motion if such a hearing is necessary.  *See* Civil L.R. 7-1(b).

      IT IS SO ORDERED.

DATED:   February 10, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 12-cv-00353 NC
ORDER DENYING MOTION
TO SHORTEN TIME          2